IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT GILMORE, et al.        )<br>                              )<br>                              )<br>                              )<br>         Plaintiffs, v.       )<br>                              )   C.A. No. 20-1085-MN<br>                              )<br>MONSANTO COMPANY,             )   **JURY TRIAL DEMANDED**<br>                              )<br>         Defendant.           )   | |

## UNOPPOSED MOTION TO EXTEND PAGE LIMIT

Plaintiffs respectfully request that the Local Rule 7.1.3(4) page limit for Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Certification of the Class for Purposes of Settlement ("Preliminary Approval Motion") be extended from 20 pages to 50 pages, exclusive of any table of contents or table of citations. The page limit for the Preliminary Approval Motion should be extended to allow Plaintiffs to more fully brief the facts and issues in this complex action and the terms of this proposed class action settlement. Defendant Monsanto Company does not oppose this request.

  /s/ *Chandra J. Williams*
William J. Rhodunda, Jr. (#2774)
Chandra J. Williams (#4907)
Rhodunda Williams & Kondraschow
Brandywine Plaza West
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Bill@rawlaw.com
Chandra@rawlaw.com
*Attorneys for Plaintiffs*

IT IS SO ORDERED this_____day of June, 2021

_____
United States District Court Judge