**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCOTT GILMORE, et al., | |
| Plaintiffs, | |
| v. | Case No. 20-cv-01085-MN |
| MONSANTO COMPANY, | |
| Defendant. | |

**MOTION TO INTERVENE
BY RYAN TOMLINSON AND CAROL RICHARDSON**

Ryan Tomlinson and Carol Richardson (hereinafter "*Tomlinson* plaintiffs") seek to intervene in this case for the limited purpose of addressing the proposed class action settlement (D.I. 24) ("Motion for Certification and Preliminary Approval"), the Joint Motion to Stay Related Proceedings (D.I. 32), and any related matters that may arise in connection therewith. *Tomlinson* plaintiffs are named plaintiffs in *Tomlinson, et al. v. Monsanto Company*, Case No. 1916-CV22788, pending in the circuit court of Jackson County, Missouri, asserting economic damages for Monsanto's violations of the Missouri Merchandising Practices Act, Mo. Rev. Stat. § 407.010 *et seq*. ("MMPA"). Intervention is proper under Federal Rule of Civil Procedure 24, as *Tomlinson* plaintiffs explain in the Suggestions in Support of this Motion, filed concurrently herewith. *Tomlinson* plaintiffs' Opposition to the Motion for Certification and Preliminary Approval and their Opposition to the Joint Motion to Stay Related Proceedings are attached as exhibits to the Suggestions in Support of the Motion to Intervene.

Date: June 28, 2021                          Respectfully submitted,

                                             **MORRIS JAMES LLP**

                                             _/s/ Cortlan S. Hitch_
                                             Kenneth L. Dorsney (#3726)
                                             Cortlan S. Hitch (#6720)
                                             MORRIS JAMES LLP
                                             500 Delaware Avenue, Suite 1500
                                             Wilmington, DE 19801
                                             (302) 888-6800
                                             kdorsney@morrisjames.com
                                             chitch@morrisjames.com

                                             and

                                             **STUEVE SIEGEL HANSON LLP**
                                             Patrick J. Stueve, _pro hac vice_ forthcoming
                                             Todd E. Hilton, _pro hac vice_ forthcoming
                                             460 Nichols Road, Suite 200
                                             Kansas City, Missouri 64112
                                             Telephone: (816) 714-7100
                                             Facsimile: (816) 714-7101
                                             hilton@stuevesiegel.com
                                             stueve@stuevesiegel.com

                                             and

                                             **GRAY, RITTER & GRAHAM, P.C.**
                                             Don M. Downing, _pro hac vice_ forthcoming
                                             Gretchen Garrison, _pro hac vice_ forthcoming
                                             701 Market Street, Suite 800
                                             St. Louis, Missouri 63101
                                             Telephone: (314) 241-5620
                                             Facsimile: (314) 241-4140
                                             ddowning@grgpc.com
                                             ggarrison@grgpc.com

                                             _Attorneys for Proposed Intervenors_