IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCOTT GILMORE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 20-1085-MN |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO INTERVENE BY JASON RINEHART**

Jason Rinehart seeks to intervene in this case for the limited purpose of addressing the proposed class action settlement (D.I. No. 24) ("Preliminary Approval Motion") and any related matters that may arise in connection therewith.

Mr. Rinehart is an absent class member as the settlement class is defined in the proposed class action settlement. He is also the named plaintiff in putative class action *Rinehart v. Monsanto Company*, 20SL-CC04939, pending in Missouri state court, which asserts medical monitoring claims on behalf of a class of individuals who have used and/or been exposed to Roundup and who, as a result, are at a significantly increased risk of developing numerous forms of cancer, including non-Hodgkin's lymphoma.

Mr. Rinehart seeks to intervene to protect his and other putative class members' rights to medical monitoring relief. Those medical monitoring claims would be released by the proposed class action settlement in this case, but the proposed settlement does not provide any consideration in exchange for that release. Mr. Rinehart's Opposition to the Preliminary Approval Motion was filed on June 28, 2021 (D.I. Nos. 37-38).

13013633/1

Intervention is proper under Federal Rule of Civil Procedure 24, as Mr. Rinehart explains in his accompanying memorandum.

| | |
|---|---|
| Dated: July 26, 2021 | Respectfully submitted, |

**MORRIS JAMES LLP**

*/s/ Sarah M. Ennis*
Jeffrey R. Waxman (DE Bar No. 4159)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
jwaxman@morrisjames.com
sennis@morrisjames.com

Elizabeth A Fegan (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: 312.741.1019
beth@feganscott.com

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 347.353.1150
melissa@feganscott.com

William Riley
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Ave.
Indianapolis, IN 46204
Telephone: 317.633.5270
wriley@rwp-law.com

J. Barton Goplerud
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.,
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: 515.223.4567
goplerud@sagwlaw.com

*Counsel for Jason Rinehart*